IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 04-578



FILED
AUG 2 4 2004
Ed Smith
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN RE THE STANDARDS FOR COUNSEL
REPRESENTING THE INTERESTS OF                    ORDER
INDIGENT PERSONS AT GOVERNMENT
EXPENSE

---

On August 9, 2004, in response to the requirements of § 2-15-1020(9), MCA, the Montana Appellate Defender Commission submitted to this Court proposed Standards for Counsel Representing the Interests of Indigent Persons at Government Expense.

This Court has reviewed the said standards and has determined to submit the proposed standards for public comment. Therefore, pursuant to the authority granted to this Court under Article VII, Section 2, of the Montana Constitution;

IT IS HEREBY ORDERED as follows:

1. The bench and bar of this state and any other interested persons or entities are granted until the close of business on February 25, 2005, in which to prepare, file with the Clerk of this Court and serve upon the Appellate Defender Commission, written comments, suggestions or criticisms, regarding any portion of the proposed standards, a copy of which is attached hereto and by this reference made a part hereof.

2. The Clerk of this Court is directed to provide copies of this Order together with the attached standards to the following: the executive director of the State Bar of Montana, with a request that this order and the attached standards be published in the next available issue of the *Montana Lawyer*, and be posted on the State Bar of Montana web site (www.montanabar.org); to the State Law Librarian, with the request that she post this order and the attached standards on the Montana Law Library web site (www.lawlibrary.state.mt.us); the Law and Justice Legislative Committee; the president of the Montana Judges Association; the Chairman of the Commission on Courts of Limited Jurisdiction; the president of the Montana Magistrates Association and the chairman of the Criminal Law Section of the State Bar of Montana.

3. At the conclusion of the time provided for receiving comments, suggestions, and criticism, the proposed standards will be deemed submitted to this Court for consideration.

DATED this _24th_ day of August 2004.

_John Warner_
_____

_Jim Regnier_
_____

_____

_Patricia Cotter_
_____

_____

_____
Justices

Chief Justice Karla M. Gray did not participate in this matter.